FILED

DEC 18 2014

Clerk, U S District Court
District Of Montana
Billings

JOSEPH E. THAGGARD
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: joseph.thaggard@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 14- 110 -GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I) Title 21 U.S.C. § 841(a)(1) (Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| ADAM SANCHEZ, JR., | |
| Defendant. | |
| | POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (Count II) 18 U.S.C. § 924(c)(1)(A) (Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years supervised release |
| | CRIMINAL FORFEITURE 21 U.S.C. § 853 and 18 U.S.C. § 924(d) |

1

|   | TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about April 27, 2014 at Great Falls, and in Cascade County, in the State and District of Montana, the defendant, ADAM SANCHEZ, JR., knowingly possessed, with the intent to distribute, 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT II

That on or about April 27, 2014, at Great Falls, in the State and District of Montana, the defendant, ADAM SANCHEZ, JR., knowingly possessed a firearm, an Iberia Firearms (Hi-Point Firearms US), Model JCP, .40 caliber pistol, serial number X7145441, in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, namely the offense of possession with intent to distribute methamphetamine, as charged in Count I above, in violation of 18 U.S.C. § 924(c)(1)(A).

## CRIMINAL FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1) as set forth in Count I above, the defendant, ADAM SANCHEZ, JR. shall forfeit to the United States of America any and all property constituting, or derived from, and any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The property to be forfeited consists of $740.00 in United States Currency.

Upon conviction of an offense in violation of 18 U.S.C. §924(c)(1)(A), as set forth in Count II above, the defendant, ADAM SANCHEZ, JR. shall forfeit to the United States the firearm and any ammunition involved and used in the commission of said offense.

A TRUE BILL.   Foreperson signature redacted. Original document filed under seal.

---
MICHAEL W. COTTER
United States Attorney

---
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓  State Custody
Bail: _____